IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICKIE LEA ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:12-CV-0933 |
| | ) |
| MARTHA STEWART LIVING | ) JURY TRIAL DEMANDED |
| OMNIMEDIA, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF LIMITED APPEARANCE

S. Russell Headrick, Meghan H. Morgan, and the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., enter a limited appearance on behalf of Defendant Martha Stewart Living Omnimedia, Inc., as follows:

> S. Russell Headrick, BPR No.005750
> Meghan H. Morgan, BPR No. 024619
> Baker, Donelson, Bearman, Caldwell & Berkowitz
> 265 Brookview Centre Way, Suite 600
> Knoxville, Tennessee 37919
> Phone: (865) 549-7000
> Fax: (865) 525-8569
> rheadrick@bakerdonelson.com
> mhmorgan@bakerdonelson.com

All pleadings and notices should be forwarded to the above-mentioned counsel on behalf of Defendant Martha Stewart Living Omnimedia, Inc.

This limited appearance and request for copies of all filed documents is not a submission or consent to jurisdiction of this or any other Court and does not constitute a waiver or forfeiture of any defenses available to Defendant Martha Stewart Living Omnimedia, Inc. under the Federal Rules of Civil Procedure, including, but not limited to, defenses that may be waived

under Federal Rule of Civil Procedure 12(h)(1), or otherwise, such as insufficiency of process or service of process. Instead, this limited appearance shall only constitute notice to the Court for purposes of obtaining any documents filed in this matter.

Respectfully submitted,

s/ S. Russell Headrick
S. Russell Headrick (BPR No. 005750)
Meghan H. Morgan (BPR No. 024619)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000

Attorneys for Defendant
Martha Stewart Living Omnimedia, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing **Notice of Limited Appearance** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This 5th day of November, 2012.

s/ S. Russell Headrick
S. Russell Headrick

2