UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRIC OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **VICKI LEA ENTERPRISES, INC.** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:12-CV-0933** |
| ) | |
| **MARTHA STEWART LIVING** ) | |
| **OMNIMEDIA, INC.** ) | |
| ) | |
|     **Defendant.** ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as local counsel of record in this case for the Plaintiff, Vicki Lea Enterprises, Inc. I hereby certify that I am admitted to practice in this court, and request that all correspondence, notices, pleadings and similar items be sent to the following address:

**Scott C. Williams, Esq.**
**Rudy, Wood, Winstead, Williams & Hardin, PLLC**
**1812 Broadway**
**Nashville, TN 37203**
**(615) 515-3530 (office phone)**
**(615) 515-3512 (office facsimile)**
**swilliams@rudylaw.net**

                  RESPECTFULLY SUBMITTED,

                  RUDY, WOOD, WINSTEAD, WILLIAMS &
                  HARDIN, PLLC

                  _/s/ Scott C. Williams_____
                  Scott C. Williams (BPR # 007200)
                  1812 Broadway
                  Nashville, TN 37203
                  (615) 515-3530
                  (615) 515-3512 facsimile
                  swilliams@rudylaw.net

                  *Attorney for Vicki Lea Enterprises, Inc.*

CERTIFICATE OF SERVICE

      I do hereby certify that a true and accurate copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

S. Russell Headrick, Esq.
Meghan H. Morgan, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
265 Brookview Centre Way
Suite 600
Knoxville, Tennessee 37919

Douglas L. Tagtmeyer, Esq.
Ostendorf, Tate, Barnett & Tagtmeyer, LLP
9111 Fuller Road
Chattanooga, Tennessee 37421

Brandon J. Frank, Esq.
Pailet & Ostendorf, LLP
650 Poydras, Suite 1470
New Orleans, Louisiana 70130

Gregory D. Latham, Esq.
Intellectual Property Consulting, LLC
201 St. Charles Ave., Suite 2500
New Orleans, Louisiana 70170

On this 15th day of November, 2012.

                              **/s/ Scott C. Williams**
                              Scott C. Williams