Motion GRANTED.

UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRIC OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICKI LEA ENTERPRISES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-CV-0933 |
| ) | |
| MARTHA STEWART LIVING ) | |
| OMNIMEDIA, INC. ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR SUBSTITUTION OF LOCAL (TENNESSEE) COUNSEL & WITHDRAWAL OF ORIGINAL LOCAL (TENNESSEE) COUNSEL

COMES NOW Douglas L. Tagtmeyer, Esq. of Ostendorf, Tate, Barnett & Tagtmeyer, LLP, 9111 Fuller Road, Chattanooga, Tennessee 37421, as local (Tennessee) counsel for the Plaintiff in this cause, Vicki Lea Enterprises, Inc., and by this Motion would request the entry of an Order of this Court, substituting Scott C. Williams, of the law firm Rudy, Wood, Winstead, Williams & Hardin, PLLC, 1812 Broadway, Nashville, Tennessee 37203 for, and in the place of, Douglas L. Tagtmeyer in this matter, and further providing that Douglas L. Tagtmeyer be allowed to withdraw as local counsel for the Plaintiff, Vicki Lea Enterprises, Inc.

Submitted herewith, is an Agreed Order allowing the substitution requested by this Motion, together with the withdrawal of Douglas L. Tagtmeyer, Esq., the entry by this Court of which Order your Movant, with the consent of all other counsel of record in this cause, hereby seeks.

RESPECTFULLY SUBMITTED this 15th day of November, 2012.

1