UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRIC OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICKI LEA ENTERPRISES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-CV-0933 |
| ) | |
| MARTHA STEWART LIVING ) | |
| OMNIMEDIA, INC. ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF SUBSTITUTION OF LOCAL (TENNESSEE) COUNSEL & WITHDRAWAL OF ORIGINAL LOCAL (TENNESSEE) COUNSEL

Upon Motion of Douglas L. Tagtmeyer, Esq., currently noted as local (Tennessee) counsel for Plaintiff in this cause, Vicki Lea Enterprises, Inc., said Motion being unobjected to by all counsel currently of record in the cause, and which Motion further specifically requests that Scott C. Williams of the law firm Rudy, Wood, Winstead, Williams & Hardin, PLLC, 1812 Broadway, Nashville, Tennessee 37203, be specifically substituted for Douglas L. Tagtmeyer as local (Tennessee) counsel for the Plaintiff in this cause and that Douglas L. Tagtmeyer be allowed to withdraw as counsel for the Plaintiff in this cause, said substitution and withdrawal being further unobjected to by all counsel currently of record in this cause; and

The Court finding this Motion to be proper in all respects, and in good order;

IT IS, THEREFORE, ORDERED that Douglas L. Tagtmeyer be allowed to withdraw as local (Tennessee) counsel for the Plaintiff in this cause, Vicki Lea Enterprises, Inc., and in his place therefor, that Scott C. Williams of Rudy, Wood, Winstead, Williams & Hardin, PLLC, 1812 Broadway, Nashville, Tennessee 37203 be substituted for the said Douglas L. Tagtmeyer as

1

local (Tennessee) counsel for the said Plaintiff, no party or counsel in this cause having any objection thereto as evidenced by the signatures of counsel on this Order.

ENTER this 16th day of November, 2012.

_____
United States District Judge

APPROVED FOR ENTRY:

**/s/ Douglas L. Tagtmeyer**
Douglas L. Tagtmeyer, Esq.
Ostendorf, Tate, Barnett & Tagtmeyer, LLP
9111 Fuller Road
Chattanooga, Tennessee 37421

**/s/ Scott C. Williams**
Scott C. Williams, Esq.
Rudy, Wood, Winstead, Williams & Hardin, PLLC
1812 Broadway
Nashville, TN 37203

**/s/ Brandon J. Frank**
Brandon J. Frank, Esq.
Pailet & Ostendorf, LLP
650 Poydras, Suite 1470
New Orleans, Louisiana 70130

**/s/ Gregory D. Latham**
Gregory D. Latham, Esq.
Intellectual Property Consulting, LLC
201 St. Charles Ave., Suite 2500
New Orleans, Louisiana 70170

**/s/ S. Russell Headrick**
S. Russell Headrick, Esq.
Meghan H. Morgan, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
265 Brookview Centre Way
Suite 600
Knoxville, Tennessee 37919