IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICKIE LEA ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-CV-0933 |
| ) | |
| MARTHA STEWART LIVING ) | JURY TRIAL DEMANDED |
| OMNIMEDIA, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff and Defendant, appearing specially for the limited purpose of making this Motion, hereby move this Court to continue the Initial Case Management Conference currently set for Wednesday, November 28, at 9:00 a.m. The parties respectfully request that this Conference not be reset for a period of thirty (30) days to permit the parties to continue discussing consensual resolution.

WHEREFORE, PREMISES CONSIDERED, the parties to this civil action request that this Court continue the currently set Initial Case Management Conference and reset it for a date no less than thirty (30) days from this date.

Respectfully submitted,

s/ Scott C. Williams
Scott C. Williams (BPR No. 007200)
RUDY, WOOD, WINSTEAD, WILLIAMS
 AND HARDIN, PLLC
1812 Broadway
Nashville, Tennessee 37203
(615) 515-3530

Attorney for Plaintiff
Vicki Lea Enterprises, Inc.

s/ S. Russell Headrick
S. Russell Headrick (BPR No. 005750)
Meghan H. Morgan (BPR No. 024619)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000

Attorneys for Defendant
Martha Stewart Living Omnimedia, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing **Joint Motion to Continue Initial Case Management Conference** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This 27th day of November, 2012.

s/ S. Russell Headrick
S. Russell Headrick