Motion GRANTED.
ICMC reset for 1/18/13
at 3:30 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VICKIE LEA ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-CV-0933 |
| | ) | |
| MARTHA STEWART LIVING OMNIMEDIA, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff and Defendant, appearing specially for the limited purpose of making this Motion, hereby move this Court to continue the Initial Case Management Conference currently set for Wednesday, November 28, at 9:00 a.m. The parties respectfully request that this Conference not be reset for a period of thirty (30) days to permit the parties to continue discussing consensual resolution.

WHEREFORE, PREMISES CONSIDERED, the parties to this civil action request that this Court continue the currently set Initial Case Management Conference and reset it for a date no less than thirty (30) days from this date.

Respectfully submitted,

s/ Scott C. Williams
Scott C. Williams (BPR No. 007200)
RUDY, WOOD, WINSTEAD, WILLIAMS
 AND HARDIN, PLLC
1812 Broadway
Nashville, Tennessee 37203
(615) 515-3530

Attorney for Plaintiff
Vicki Lea Enterprises, Inc.