UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRIC OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. ICMC reset for 4/15/13 at 2:00 p.m.==

| | |
|---|---|
| VICKI LEA ENTERPRISES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-CV-0933 |
| ) | |
| MARTHA STEWART LIVING ) | JURY TRIAL DEMANDED |
| OMNIMEDIA, INC. ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff and Defendant, appearing specifically and jointly for the limited purpose of making this Motion, hereby move this Court to continue the Initial Case Management Conference, currently set for Monday, March 4, 2013, at 1:45 p.m. The parties respectfully request that this Conference not be reset for a period of at least thirty (30) days, in order to permit the parties to continue discussing consensual resolution of the matters at issue in this action.

WHEREFORE, PREMISES CONSIDERED the parties to this civil action request that this Court continue the currently set Initial Case Management Conference and reset it for a date no less than thirty (30) days from this date.