UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRIC OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VICKI LEA ENTERPRISES, INC. | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CV-0933 |
| | ) | |
| MARTHA STEWART LIVING | ) | JURY TRIAL DEMANDED |
| OMNIMEDIA, INC. | ) | |
| | ) | |
|     Defendant. | ) | |

## JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

COME NOW your Plaintiff and Defendant, appearing specifically and jointly for the limited purpose of making this Motion, and would hereby jointly move this Court to continue the Initial Case Management Conference, currently set for Monday, April 15, 2013, at 1:45 p.m. The parties respectfully request that this Conference be reset on a future date, no less than thirty (30) days hence, in order to permit the parties to continue discussing, and to complete the documentation of, consensual resolution of the matters at issue in this action.

WHEREFORE, PREMISES CONSIDERED the parties to this civil action request that this Court continue the currently set Initial Case Management Conference and reset it for a date no less than thirty (30) days from this date.

Respectfully submitted,

**/s/ Scott C. Williams**
Scott C. Williams (BPR #007200)
Rudy, Wood, Winstead, Williams & Hardin, PLLC
1812 Broadway
Nashville, TN 37203
Telephone: (615) 515-3530
Fax: (615) 515-3512
Email: swilliams@rudylaw.net
*Attorney for Plaintiff, Vicki Lea Enterprises, Inc.*

**/s/ S. Russell Headrick**
S. Russell Headrick, Esq. (BPR #005750)
Meghan H. Morgan, Esq. (BPR #024619)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Phone: (865) 549-7000
*Attorneys for Defendant, Martha Stewart Living Omnimedia, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing **Joint Motion to Continue Initial Case Management Conference** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This 11th day of April, 2013.

**/s/ Scott C. Williams**
Scott C. Williams