UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRIC OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICKI LEA ENTERPRISES, INC. ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-CV-0933 |
| ) | |
| MARTHA STEWART LIVING ) | JURY TRIAL DEMANDED |
| OMNIMEDIA, INC. ) | |
| ) | |
|     Defendant. ) | |

*Motion GRANTED. ICMC reset for 5/31/13 at 11:45 a.m.*

**JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

COME NOW your Plaintiff and Defendant, appearing specifically and jointly for the limited purpose of making this Motion, and would hereby jointly move this Court to continue the Initial Case Management Conference, currently set for Monday, April 15, 2013, at 1:45 p.m. The parties respectfully request that this Conference be reset on a future date, no less than thirty (30) days hence, in order to permit the parties to continue discussing, and to complete the documentation of, consensual resolution of the matters at issue in this action.

WHEREFORE, PREMISES CONSIDERED the parties to this civil action request that this Court continue the currently set Initial Case Management Conference and reset it for a date no less than thirty (30) days from this date.