IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRIC OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VICKI LEA ENTERPRISES, INC. | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CV-0933 |
| | ) | |
| MARTHA STEWART LIVING OMNIMEDIA, INC. | ) ) | Judge Trauger |
| | ) | Magistrate Judge Bryant |
|     Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE, that, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the above-captioned action against Martha Stewart Living Omnimedia, Inc. is hereby voluntarily dismissed, with prejudice.

RESPECTFULLY SUBMITTED this 21st day of May, 2013.

                                                           **/s/ Scott C. Williams**
                                                          Scott C. Williams (BPR #007200)
                                                          Rudy, Wood, Winstead, Williams & Hardin, PLLC
                                                          1812 Broadway
                                                          Nashville, TN 37203
                                                          Telephone: (615) 515-3530
                                                          Fax: (615) 515-3512
                                                          Email: swilliams@rudylaw.net
                                                          *Attorney for Plaintiff, Vicki Lea Enterprises, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing **Notice of Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This 21st day of May, 2013.

                                            **/s/ Scott C. Williams**_____
                                            Scott C. Williams